UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHEN PATRICK KELLY,<br><br>            Plaintiff,<br><br>vs.<br><br>ALBERTSONS INC., HOLLIE STEPLETON, ALEXANDER MATTUCCI, AND JANE DOE,<br><br>            Defendant. | Case No. CV-22-75 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Accordingly, IT IS ORDERED: Plaintiff Kelly's Complaint (Doc. 2) is hereby DISMISSED without prejudice for failure to provide an updated physical address. L.R. 5.3(a)(2), (b)(1). The Clerk of Court is directed to enter judgment forthwith..

      Dated this 17th day of February, 2023.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Kelsey Hanning
                                        Kelsey Hanning, Deputy Clerk